THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALKER ENGRAVING CORPORATION, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

(Submitted October 1, 1935; decided October 15, 1935.)

*William Harvey Smith* and *H. Schieffelin Sayers* for appellant.

*John J. Bennett, Jr., Attorney General (Joseph M. Mesnig* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.